Angela OWENS, Appellant,

v.

ALLTEL COMMUNICATIONS, INC., Appellee.

No. 07–2809.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2008.

Filed: Sept. 23, 2008.

John Winfred Walker Sr., John W. Walker, P.C., Little Rock, AR, for Appellant.

Regina Haralson, Kaplan & Brewer, Philip E. Kaplan, Williams & Anderson, Little Rock, AR, for Appellee.

Before MURPHY, BYE, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Angela Owens appeals the district court's[1] adverse grant of summary judgment in her Title VII discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Owens, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude summary judgment

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.